UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NAKYA WILLIAMS,

        Plaintiff,                      Case No. 2:08-CV-10197

vs.                                         Hon. Robert H. Cleland
                                         United States District Judge

DR. MUHAMED, et. al.,            Michael J. Hluchaniuk
                                         United States Magistrate Judge

        Defendant(s).
_____/

## ORDER TO PROVIDE CORRECT NAME OF DEFENDANT

This is a Prisoner Civil Rights action filed by Plaintiff on January 14, 2008, in which the Plaintiff alleges negligent medical treatment by medical staff at the Huron Valley Men's Complex. On February 4, 2008, this matter was referred to the undersigned by the Honorable Robert H. Cleland for all pretrial purposes pursuant to 28 U.S.C. § 636(b)(1)(A) and (B).

The Plaintiff has been granted waiver of the filing fee, and an order directing service by the United States Marshal Service of the summons and complaint upon the defendants was issued on January 17, 2008.

On March 14, 2008, a letter from the Litigation Coordinator of the Huron Valley Men's Complex - Michigan Department of Corrections was filed with the Court indicating that the Notice of Lawsuit and Complaint are being returned un-executed as to Defendant, Dr.Muhamed, because there is no state employee, nor contractual employee whom they are able to identify by that name.

Accordingly, **IT IS HEREBY ORDERED** that the Plaintiff shall investigate and attempt to properly name the correct Defendant to be served in this matter. Once he has done so, he shall

notify the Court of the name of that Defendant, as well as the address which he is to be served at.

**SO ORDERED.**


Dated: March 14 2008                           s/ Michael J. Hluchaniuk
                                               Michael J. Hluchaniuk
                                               United States Magistrate Judge


**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: not applicable , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Nakya Williams #249968, Huron Valley Men's Complex, 3201 Bemis Rd., Ypsilanti, MI 48197

                                               s/ James P. Peltier
                                               James P. Peltier
                                               Courtroom Deputy Clerk
                                               U.S. District Court
                                               600 Church St.
                                               Flint, MI 48502
                                               810-341-7850
                                               pete_peltier@mied.uscourts.gov